## MOTION DOCKET

**87-1657.** White v. Wyeth Laboratories, Inc. *Cuyahoga County,* Nos. 52108 and 52564. On motion for leave to file *amicus* of American Academy of Pediatrics. Motion granted.

**87-2081.** Sorrell v. Ohio Department of Natural Resources, Division of Parks and Recreation. *Franklin County,* No. 86AP-1173. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers and Franklin County Trial Lawyers. Motion granted.

**87-2208.** Ohio Bell Telephone Co. v. Public Utilities Commission. Appeal from the Public Utilities Commission of Ohio, No. 85-1076-TPCSS. On motion for leave to intervene of Carpet Color Systems. Motion granted.

**88-323.** State v. Gaines. *Scioto County,* No. 1629. On motion for leave to file *amicus* of Ohio Public Defender Commission and Ohio Association of Criminal Defense Lawyers. Motion granted.

**88-401.** Cincinnati Insurance Company v. Phillips. *Preble County,* No. CA87-05-011. On motion for leave to file *amicus* of State Farm Insurance Company. Motion granted.

**88-506.** Albert v. Canton. *Stark County,* No. CA-7300. On motion for leave to intervene of the Canton Board of Education. Motion granted.

**88-638.** State, ex rel. Jewitt, v. Broadview Hts. *Cuyahoga County,* No. 54666. On motion for leave to file brief in opposition to cross-appeal instanter. Motion granted.